LOUIS BECK, Respondent, v. SIGMUND M. GALLERT and Others, Appellants.— Order modified by providing that the examination as to the facts set forth in paragraph A of the affidavit annexed to the order for examination be limited to the facts as to the making of the agreement referred to in the complaint and as to the continuance of the plaintiff in the employ of the defendant pursuant to said agreement until the 21st day of May, 1917, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ. Order to be settled on notice.

In the Matter of the Assignment of ARTHUR M. SHERWOOD and Another, Individually, and as Copartners, etc., to ARCHIBALD R. WATSON, as Assignee, etc., Appellant. PARKER MANN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

FEDERAL STEAMSHIP CORPORATION, Respondent, v. AMERICAN UNION LINE, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

THE ROBERT DOLLAR COMPANY, Respondent, v. CANADIAN CAR AND FOUNDRY COMPANY, LTD., and Others, Impleaded with Agency of CANADIAN CAR AND FOUNDRY COMPANY, LTD., Appellant.— Order modified by providing that there be inserted in the order for examination, after the words "issues in this action and set forth in said affidavit," the following: "in so far as to establish the right to an interlocutory judgment for an accounting," and as so modified affirmed, without costs; the date for the examination to proceed to be fixed in the order. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ. Order to be settled on notice.

S. CHARLES WELSH, as Trustee, etc., Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.